IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ALBERT V. BRYAN, )
 )
    Petitioner, )
 )
v. ) Civil Action No. 3:18CV729–HEH
 )
UNKNOWN, )
 )
    Respondent. )

## MEMORANDUM OPINION
(Dismissing 28 U.S.C § 2241 Petition Without Prejudice)

Petitioner, a Virginia prisoner proceeding *pro se*, submitted this action. By Memorandum Order entered on November 7, 2018, the Court directed Petitioner to file a response. On November 26, 2018, the United States Postal Service returned the November 7, 2018 Memorandum Order to the Court marked, "Return To Sender" and "No Longer At This Institution." Since that date, Petitioner has not provided the Court with a current address. Petitioner's failure to keep the Court informed of his current address demonstrates his lack of interest in prosecuting the action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action is DISMISSED WITHOUT PREJUDICE.

An appropriate order will accompany this Memorandum Opinion.

                                        /s/
                            HENRY E. HUDSON
Date: Dec. 28, 2018          UNITED STATES DISTRICT JUDGE
Richmond, Virginia